**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7306**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

COREY THOMAS JONES,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:11-cr-00530-CMH-2)

Submitted:  February 21, 2023                           Decided:  February 24, 2023

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Corey Thomas Jones, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Thomas Jones appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  On appeal, Jones does not dispute the bases for the court's decision; rather, Jones contends that the Government never served him with a copy of its response, thus preventing him from filing a reply brief.  However, the Government's filing included a certificate of service indicating that it had mailed the response to the correctional facility where Jones is housed.  Because Jones presents no contrary evidence, we reject his argument and affirm the district court's judgment.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*